IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Green, George I
Green, Leola
Printed: 10/22/08

Case Number: 05 B 46861
Judge: Squires, John H
Filed: 10/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 16, 2008
Confirmed: January 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 31,812.68 |  |
| Secured: |  | 22,604.49 |
| Unsecured: |  | 7,437.06 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,771.13 |
| Other Funds: |  | 0.00 |
| Totals: | 31,812.68 | 31,812.68 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 6,646.00 | 6,525.60 |
| 2. | Cook County Treasurer | Secured | 2,243.20 | 2,243.20 |
| 3. | Nuvell Credit Company LLC | Secured | 13,835.69 | 13,835.69 |
| 4. | Nuvell Credit Company LLC | Unsecured | 5,099.42 | 5,929.56 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 1,296.45 | 1,507.50 |
| 6. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 7. | Dependicare | Unsecured |  | No Claim Filed |
| 8. | Hayden Park | Unsecured |  | No Claim Filed |
| 9. | TCF Bank | Unsecured |  | No Claim Filed |
| 10. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 11. | Lyons Police Department | Unsecured |  | No Claim Filed |
| 12. | Prodigy Communications | Unsecured |  | No Claim Filed |
| 13. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 14. | West Lake Hospital | Unsecured |  | No Claim Filed |
| 15. | Resurrection Health Care | Unsecured |  | No Claim Filed |
| 16. | RLT Neurologic Assoc LTD | Unsecured |  | No Claim Filed |
| 17. | Arnold Scott Harris PC | Unsecured |  | No Claim Filed |
| 18. | Linebarger Goggan Blair & Simpson | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,120.76 | $ 30,041.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Green, George I | Case Number: 05 B 46861 |
|---|---|---|
| | Green, Leola | Judge: Squires, John H |
| | Printed: 10/22/08 | Filed: 10/11/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 397.15 |
| 5% | 114.94 |
| 4.8% | 288.01 |
| 5.4% | 432.00 |
| 6.5% | 539.03 |
| | $ 1,771.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

